BEFORE THE FIRST DIVISION, JANUARY 9, 1962

**No. 66342.**—D. N. & E. Walter & Co. *v.* United States, protests 60/15893 and 60/12493 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 66343.**—Castelazo & Associates *v.* United States, protest 59/25225 (Los Angeles).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise, part of order No. 4889/C–1428, described on the invoice as birch plywood contained in crates 25 through 41, is, in fact, birch plywood, the claim of the plaintiff was sustained.

**No. 66344.**—New York Merchandise Co., Inc. *v.* United States, protest 60/4209 (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.